# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEEBA HARRIS,** : | |
|     **Petitioner** : | |
| : | No. 1:20-cv-00962 |
| **v.** : | |
| : | (Judge Kane) |
| **PIKE COUNTY CORRECTIONAL** : | |
| **FACILITY, et al.,** : | |
|     **Respondents** : | |

## ORDER

    **AND NOW**, on this 9th day of March, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 6) is **DISMISSED WITHOUT PREJUDICE**;

2. Petitioner's motion to transfer case is **DENIED AS MOOT**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
